Michael A. Ferrara, Jr., Esquire
601 Longwood Avenue
Cherry Hill, NJ 08002
Telephone: (856) 779-9500
mferrara@ferraralawfirm.com

MARLER CLARK, L.L.P, P.S.
William D. Marler, Esquire
6600 Columbia Tower
701 5th Avenue
Seattle, WA 98104
Telephone: (206) 346-1890
bmarler@marlerclark.com

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBRA MOYER, ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> YUM BRANDS INC. d/b/a Taco Bell, ) <br> a North Carolina corporation, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL ACTION NO: 08CV2359JKG <br><br> **STIPULATION, AND** <br> **ORDER OF DISMISSAL** |

STIPULATION, ORDER OF DISMISSAL

## **STIPULATION**

The parties, by and through their respective counsel, hereby stipulate as follows:

(1) This matter involves a claim for personal injuries as a result of an alleged E. coli 0157:H7 infection experienced by the plaintiff, Debra Moyer. The parties understand that the plaintiff intends to allege claims against additional defendants. Alleging claims against these potential additional defendants might negate the plaintiff's basis for jurisdiction in this Court by reason of diversity of citizenship.

(2) The parties have accordingly agreed that plaintiff may dismiss her claims in this matter, without prejudice, and without award of costs and fees to any party.

(3) This stipulation may be executed in one or more counter-parts, each of which shall constitute one and the same instrument, and which shall be binding and enforceable as if all parties had executed the same documents; and

(4) The proposed order of dismissal subjoined hereto may be presented to and entered by the court ex parte.

DATED this 21st of August, 2008

THE FERRARA LAW FIRM, L.L.C.

By: _____
Michael A. Ferrara, Jr., Esquire
Attorneys for Plaintiff Moyer

DATED this 26th of August, 2008

STIPULATION, ORDER OF DISMISSAL

BENNETT, BRICKLIN & SALTZBURG, LLP

By: _____

Louis Bricklin, Esquire

Attorneys for Defendant Yum Brands, Inc. d/b/a Taco Bell

## ORDER

This matter having come before the court as stipulated by and between the parties, and the court having read the stipulation and being thereby fully advised:

Now, therefore, it is hereby

ORDERED, ADJUDGED, and DECREED that all claims asserted by all parties to this action, are hereby dismissed, without prejudice, and without award of costs to any party.

DATED this _____ of _____, 2008

By: _____

THE HONORABLE JAMES KNOLL GARDNER

STIPULATION, ORDER OF DISMISSAL

Presented by:

THE FERRARA LAW FIRM, L.L.C.

By: _____
Michael A. Ferrara, Jr., Esquire

Attorneys for Plaintiff Moyer


Copy received; approved as to form; and
Notice of Presentation waived:

BENNETT, BRICKLIN & SALTZBURG, LLP

By: _____
Louis Bricklin, Esquire

Attorneys for Defendant Yum Brands, Inc. d/b/a Taco Bell

STIPULATION, ORDER OF DISMISSAL